| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS IN A CIVIL CASE, CIVIL COMPLAINT** | |
| EFFECTED (1) BY ME: MICHAEL MEADE | DATE: 08/23/10 AT 1:52 pm |
| TITLE: **PROCESS SERVER** | |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[✓] Served personally upon the defendant:

BRIAN BARK, CHIEF INFORMATION OFFICER

Place where served:

2202 LAKESIDE BLVD EDGEWOOD, MD 21040

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 40  HEIGHT: 5'9  WEIGHT: 185  SKIN: W  HAIR: BALD  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 08 / 25 / 2010

MICHAEL MEADE L.S.
SIGNATURE OF Michael Meade
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ELLEN O'CONNELL, ESQ
PLAINTIFF: SALLY WHITE
DEFENDANT: SMITHS DETECTION, INC, ET AL
VENUE: NJDISTRICT
DOCKET: 2:10 CV 4078 SRC MAS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.