UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X

Sally White

        Plaintiff,

v.

Smiths Detection, Inc., et al.,

        Defendants.

------------------------------------------------------------X

Civil Action No. 2:10-cv-04078

**ORDER ADMITTING COUNSEL PRO HAC VICE ON BEHALF OF SMITHS GROUP, PLC AND PHILIP BOWMAN**

This matter, having been brought to the Court on the application of Defendants Smiths Group, PLC and Philip Bowman (through Debevoise & Plimpton LLP), for an order pursuant to L. Civ. R. 101.1(c) permitting Jyotin Hamid, Esq. and Emily J. Mathieu, Esq. to be admitted pro hac vice for purposes of this action on behalf of Smiths Group, PLC and Philip Bowman; and the Court having considered the declarations submitted in support thereof; on notice to all counsel; and for good cause shown;

IT IS on this 22nd day of September 2010;

ORDERED as follows:

1.    The application to permit Jyotin Hamid, Esq. and Emily J. Mathieu, Esq. to appear and participate pro hac vice on behalf of Smiths Group, PLC and Philip Bowman be and the same hereby is granted.

23261339v1

2. All pleadings, briefs and other papers filed with the Court of behalf of Smiths Group, PLC and Philip Bowman shall be signed by Michael Potenza, who shall be responsible for said papers and for the conduct of the case and who shall be present before the Court, as well as be held responsible for the conduct of an attorney admitted <u>pro hac vice</u> on behalf of Smiths Group, PLC and Philip Bowman pursuant to the terms of this Order.

3. Jyotin Hamid, Esq. and Emily J. Mathieu, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with the New Jersey Court Rule 1:28-2 within twenty (20) days from the entry of this order.

4. Jyotin Hamid, Esq. and Emily J. Mathieu, Esq. shall make payment in the amount of $150 in accordance with L. Civ. R. 101.1(c)(3) within twenty (20) days from the entry of this order.

5. Jyotin Hamid, Esq. and Emily J. Mathieu, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 103.1 (Judicial Ethics and Professional Responsibility) and L. Civ. R. 104.1(Discipline of Attorneys).

6. Jyotin Hamid, Esq. and Emily J. Mathieu, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Rule 1:21-7.

_____
Michael A. Shipp, U.S.M.J.