**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
Sarah E. Bouchard (NJ ID # 02807-1995)
John Lee (NJ ID # 18502007)
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5077/5210
(215) 963-5001 (fax)
*Attorneys for Defendants Smiths Detection, Inc.*
*and Brian Bark*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SALLY WHITE,**<br><br>           **Plaintiff,**<br><br>      v.<br><br>**SMITHS DETECTION, INC., SMITHS GROUP, PLC, STEPHEN PHIPSON, PHILIP BOWMAN, CHRISTOPHER GANE, BRIAN BARK AND PENNY BOYKO,**<br><br>           **Defendants.** | Civil Action No. 2:10-cv-04078-SRC-MAS<br><br><br><br><br>Document Electronically Filed |

### STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT CHRISTOPHER GANE TO RESPOND TO THE COMPLAINT

**WHEREAS**, Christopher Gane is named as a Defendant in this action and was served on September 14, 2010, thereby making October 5, 2010 the deadline for Mr. Gane to respond to the Complaint;

**WHEREAS**, counsel for the parties conferred and agreed that Mr. Gane shall have until October 19, 2010 to respond to the Complaint due to medical reasons affecting his counsel;

**IT IS HEREBY STIPULATED AND AGREED** by counsel for the parties that Mr. Gane shall have until October 19, 2010 to respond to the Complaint.[1]

Respectfully Submitted,

Dated: September 30, 2010

| | |
|---|---|
| *s/ Ellen O'Connell*_____ | *s/ W. John Lee*_____ |
| Ellen O'Connell, Esquire | Sarah E. Bouchard (NJ ID # 02807-1995) |
| LAW OFFICES OF ELLEN O'CONNELL, LLC | W. John Lee (NJ ID # 18502007) |
| P.O. Box 132 | MORGAN, LEWIS & BOCKIUS LLP |
| Florham Park, NJ 07932 | 1701 Market Street |
| (973) 295-6800 | Philadelphia, PA  19103-2921 |
| | (215) 963-5077/5210 |
| *Attorney for Plaintiff* | (215) 963-5001 (fax) |
| | |
| | *Attorneys for Defendants Smiths Detection, Inc., Brian Bark, and Christopher Gane* |

*s/ Jyotin Hamid*_____
Jyotin Hamid
DEBEVOISE AND PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
*Attorneys for Defendants Smiths Group, PLC and Philip Bowman*

**SO ORDERED**

_____
Hon. Stanley R. Chesler, U.S.D.J.

---

[1] By submitting this Stipulation and Proposed Order, Mr. Gane does not waive, but rather expressly reserves, his right to raise any defense available under Rule 12(b), including the lack of personal jurisdiction.

## **CERTIFICATE OF SERVICE**

I, W. John Lee, hereby certify that a true and correct copy of Defendant Smiths Detection, Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically and is available for viewing and downloading from the ECF system and was served this 30th day of September, 2010 by first-class mail postage prepaid, upon the following:

>Ellen O'Connell, Esquire
>LAW OFFICES OF ELLEN O'CONNELL, LLC
>P.O. Box 132
>Florham Park, NJ 07932
>(973) 295-6800
>*Attorney for Plaintiff*
>
>Jyotin Hamid
>Emily Mathier
>Michael Potenza
>DEBEVOISE AND PLIMPTON, LLP
>919 Third Avenue
>New York, NY 10022
>*Attorneys for Defendants Smiths Group, PLC and Philip Bowman*

>*s/ W. John Lee*
>W. John Lee