**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
Sarah E. Bouchard (NJ ID # 02807-1995)
John Lee (NJ ID # 18502007)
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5077/5210
(215) 963-5001 (fax)
*Attorneys for Defendants Smiths Detection, Inc.*
*and Brian Bark*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE,<br><br>      Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., SMITHS GROUP, PLC, STEPHEN PHIPSON, PHILIP BOWMAN, CHRISTOPHER GANE, BRIAN BARK AND PENNY BOYKO,<br><br>      Defendants. | Civil Action No. 2:10-cv-04078-SRC-MAS<br><br><br><br>**Document Electronically Filed** |

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT
CHRISTOPHER GANE TO RESPOND TO THE COMPLAINT**

**WHEREAS**, Christopher Gane is named as a Defendant in this action and was served on September 14, 2010, thereby making October 5, 2010 the deadline for Mr. Gane to respond to the Complaint;

**WHEREAS**, counsel for the parties conferred and agreed that Mr. Gane shall have until October 19, 2010 to respond to the Complaint due to medical reasons affecting his counsel;

**IT IS HEREBY STIPULATED AND AGREED** by counsel for the parties that Mr. Gane shall have until October 19, 2010 to respond to the Complaint.[1]

Respectfully Submitted,

Dated: September 30, 2010

*s/ Ellen O'Connell*
Ellen O'Connell, Esquire
LAW OFFICES OF ELLEN O'CONNELL, LLC
P.O. Box 132
Florham Park, NJ 07932
(973) 295-6800

*Attorney for Plaintiff*

*s/ W. John Lee*
Sarah E. Bouchard (NJ ID # 02807-1995)
W. John Lee (NJ ID # 18502007)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5077/5210
(215) 963-5001 (fax)

*Attorneys for Defendants Smiths Detection, Inc., Brian Bark, and Christopher Gane*

*s/ Jyotin Hamid*
Jyotin Hamid
DEBEVOISE AND PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
*Attorneys for Defendants Smiths Group, PLC and Philip Bowman*

**SO ORDERED**

_____
**Michael A. Shipp**
**United States Magistrate Judge**

---

[1] By submitting this Stipulation and Proposed Order, Mr. Gane does not waive, but rather expressly reserves, his right to raise any defense available under Rule 12(b), including the lack of personal jurisdiction.