UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SMITHS DETECTION, INC., SMITHS GROUP, PLC, STEPHEN PHIPSON, PHILIP BOWMAN, CHRISTOPHER GANE, BRIAN BARK AND PENNY BOYKO,<br><br>　　　　　　Defendants. | Civil Action No. 2:10-CV-04078-SRC-MAS<br><br><br>Document Electronically Filed |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

　　　　Please enter my appearance as counsel in this case for Defendants Smiths Detection, Inc., Brian Bark, and Christopher Gane.[1]

　　　　I certify that I am admitted to practice in this Court.

Dated:  October 1, 2010　　　　　　　　　　　s/ Sarah E. Bouchard　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103-2921
　　　　　　　　　　　　　　　　　　　　　(215) 963-5077
　　　　　　　　　　　　　　　　　　　　　(215) 963-5001 (fax)
　　　　　　　　　　　　　　　　　　　　　sbouchard@morganlewis.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Smith Detection, Inc.,*
　　　　　　　　　　　　　　　　　　　　　*Brian Bark, and Christopher Gane*

---

[1] By submitting this Entry of Appearance, Mr. Gane does not waive, but rather expressly reserves, his right to raise any defense available under Rule 12(b), including the lack of personal jurisdiction.

## CERTIFICATE OF SERVICE

I, Sarah E. Bouchard, hereby certify that a true and correct copy of my Entry of Appearance in the above-referenced matter was filed electronically, is available for viewing and downloading from the ECF system, and was served this 1st day of October, 2010 by ECF upon the following:

>Ellen O'Connell, Esquire
>LAW OFFICES OF ELLEN O'CONNELL, LLC
>P.O. Box 132
>Florham Park, NJ 07932
>(973) 295-6800
>*Attorney for Plaintiff*
>
>Jyotin Hamid
>Emily Mathier
>Michael Potenza
>DEBEVOISE AND PLIMPTON, LLP
>919 Third Avenue
>New York, NY 10022
>*Attorneys for Defendants Smiths Group, PLC and Philip Bowman*
>
>
>*s/ Sarah E. Bouchard*
>Sarah E. Bouchard