UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
-------------------------------------------------------------x
SALLY WHITE,                                    :
                                                :   Civil Action No.  2:10-cv-04078
             Plaintiff,                         :   ECF Case
                                                :
v.                                              :
                                                :
SMITHS DETECTION, INC.,                         :
SMITHS GROUP, PLC, STEPHEN PHIPSON,             :
PHILIP BOWMAN, CHRISTOPHER GANE,                :
BRIAN BARK and PENNY BOYKO,                     :
                                                :
             Defendants.                        :
                                                :
-------------------------------------------------------------x
```

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.


Dated:  October 1, 2010            /s/ Michael Potenza_____
                                   Michael Potenza
                                   DEBEVOISE & PLIMPTON LLP
                                   919 Third Avenue
                                   New York, NY  10022
                                   (212) 909-6000

23278098v1

PRO HAC VICE ATTORNEY INFORMATION:

Jyotin Hamid
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
jhamid@debevoise.com