# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

```
-----------------------------------------------------------x
SALLY WHITE,                                               :
                                                           :   Civil Action No. 2:10-cv-04078
            Plaintiff,                                     :   ECF Case
                                                           :
v.                                                         :
                                                           :
SMITHS DETECTION, INC.,                                    :
SMITHS GROUP, PLC, STEPHEN PHIPSON,                        :
PHILIP BOWMAN, CHRISTOPHER GANE,                           :
BRIAN BARK and PENNY BOYKO,                                :
                                                           :
            Defendants.                                    :
                                                           :
-----------------------------------------------------------x
```

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the within matter, and it is represented that:

      1.    An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

      2.    The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  October 1, 2010              /s/ Michael Potenza_____
                                          Michael Potenza
                                          DEBEVOISE & PLIMPTON LLP
                                          919 Third Avenue
                                          New York, NY  10022
                                          (212) 909-6000

23278019v1

PRO HAC VICE ATTORNEY INFORMATION:

Emily J. Mathieu
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
ejmathie@debevoise.com

23278019v1