UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------------------------------------x
SALLY WHITE,                                     :
                                                 :   No. 2:10-cv-04078-SRC-MAS
              Plaintiff,                         :
                                                 :   ECF Case
v.                                               :
                                                 :
SMITHS DETECTION, INC.,                          :
SMITHS GROUP, PLC, STEPHEN PHIPSON,              :
PHILIP BOWMAN, CHRISTOPHER GANE,                 :
BRIAN BARK and PENNY BOYKO,                      :
                                                 :
              Defendants.                        :
                                                 :
-------------------------------------------------------------x
```

## DEFENDANT SMITHS GROUP PLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Smiths Group plc, by and through its undersigned counsel, hereby discloses that it is a nongovernmental corporate party and has no parent corporation.  The publicly held corporation BlackRock, Inc. recently held 10% or more of its stock, but currently holds slightly less than 10%.

Dated:  October 25, 2010

                                          Respectfully submitted,

                                        DEBEVOISE & PLIMPTON LLP

                                        By:  /s/ Michael Potenza

Jyotin Hamid
Michael Potenza
Emily J. Mathieu
919 Third Avenue
New York, NY  10022
(212) 909-6000

*Attorneys for Defendants*
*Smiths Group plc and Philip Bowman*

23293344v1