# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
SALLY WHITE,

        Plaintiff,

v.

SMITHS DETECTION, INC.,
SMITHS GROUP, PLC, STEPHEN PHIPSON,
PHILIP BOWMAN, CHRISTOPHER GANE,
BRIAN BARK and PENNY BOYKO,

        Defendants.

------------------------------------------------------------x

No. 2:10-cv-04078-SRC-MAS

ECF Case

Motion Date: December 6, 2010

Oral Argument Requested

## NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE
## OF DEFENDANTS SMITHS GROUP PLC AND PHILIP BOWMAN

DEBEVOISE & PLIMPTON LLP
Jyotin Hamid
(jhamid@debevoise.com)
Michael Potenza
(mpotenza@debevoise.com)
Emily J. Mathieu
(emathieu@debevoise.com)
919 Third Avenue
New York, New York 10022
Tel: 212-909-6000
Fax: 212-909-6836

*Attorneys for Defendants*
*Smiths Group plc and Philip Bowman*

TO:    Ellen O'Connell, Esquire
        Law Offices of Ellen O'Connell, LLC
        30 Columbia Pike, 3rd Floor
        P.O. Box 132
        Florham Park, NJ 07932
        *Attorney for Plaintiff Sally White*

PLEASE TAKE NOTICE that on December 6, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Smiths Group plc and Philip Bowman ("Defendants") will move the Honorable Stanley R. Chesler, U.S.D.J., for an order granting their motion, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), to dismiss, with prejudice, the Complaint of Plaintiff Sally White (1) as against Mr. Bowman for lack of personal jurisdiction and failure to state a claim and (2) as against Smiths Group plc for failure to state a claim (the "Motion").

PLEASE TAKE FURTHER NOTICE that Defendants also join in the Motion to Partially Dismiss the Complaint With Prejudice of Defendants Smiths Detection and Brian Bark to the extent such motion was granted by this Court in its Decision and Order dated October 22, 2010.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, Defendants will rely upon the accompanying Memorandum of Law and Declaration of Philip Bowman; and upon the Memorandum of Law in Support of Defendants Smiths Detection, Inc. and Brian Bark's Motion to Partially Dismiss the Complaint [Docket Entry 11].

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument if opposition to this Motion is filed.

PLEASE TAKE FURTHER NOTICE that a proposed Order also is attached.

23293326v1

Dated:  October 25, 2010

        Respectfully submitted,

        DEBEVOISE & PLIMPTON LLP


        By:  /s/ Michael Potenza
        Jyotin Hamid
        Michael Potenza
        Emily J. Mathieu
        919 Third Avenue
        New York, NY  10022
        (212) 909-6000

        *Attorneys for Defendants*
        *Smiths Group plc and Philip Bowman*