UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

SALLY WHITE,

        Plaintiff,

v.

SMITHS DETECTION, INC.,
SMITHS GROUP, PLC, STEPHEN PHIPSON,
PHILIP BOWMAN, CHRISTOPHER GANE,
BRIAN BARK and PENNY BOYKO,

        Defendants.

---

No. 2:10-cv-04078-SRC-MAS

ECF Case

**PROPOSED ORDER**

<u>CHESLER, District Judge</u>

    This matter having come before the Court on the Motion by Defendants Smiths Group plc and Philip Bowman ("Defendants") to dismiss the complaint as against them with prejudice; proper notice having been given to Plaintiff; and the Court having considered the papers submitted and oral arguments of counsel; and for good cause appearing,

    IT IS, on this ____ day of _____, 201_,

    ORDERED that Defendants' Motion be and hereby is GRANTED; and it is further

2

ORDERED that all of Plaintiff's claims asserted in the Complaint be and hereby are DISMISSED WITH PREJUDICE as to Defendants Smiths Group plc and Philip Bowman.

/s/ Stanley R. Chesler
Hon. STANLEY R. CHESLER, U.S.D.J.

23293338v1