## CERTIFICATE OF SERVICE

I, Emily J. Mathieu, associated with the law firm Debevoise & Plimpton LLP, attorneys for Defendant Smiths Group plc and Philip Bowman, certify:

I am over eighteen (18) years of age. On the 25th day of October 2010, I caused copies of the Notice of Motion to Dismiss the Complaint With Prejudice; Memorandum of Law in Support of Motion to Dismiss of Defendants Smiths Group plc and Philip Bowman; Declaration of Philip Bowman; Proposed Order Granting Motion to Dismiss of Smiths Group plc and Philip Bowman; and Defendant Smiths Group plc's Rule 7.1 Corporate Disclosure Statement to be electronically transmitted, using the ECF system, to all counsel in this action who are ECF registrants. I additionally served copies of these documents by first class mail on counsel for the other parties to this action at the following addresses:

>   Ellen O'Connell, Esquire
>   Law Offices of Ellen O'Connell, LLC
>   30 Columbia Pike, 3rd Floor
>   P.O. Box 132
>   Florham Park, NJ 07932
>   *Attorney for Plaintiff Sally White*

>   Sarah E. Bouchard, Esquire
>   W. John Lee, Esquire
>   Morgan, Lewis & Bockius LLP
>   1701 Market Street
>   Philadelphia, PA  19103

*Attorneys for Defendants Smiths Detection, Inc., Brian Bark and Christopher Gane*

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2010.

_____
Emily J. Mathieu