**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
Sarah E. Bouchard (NJ ID # 02807-1995)
W. John Lee (NJ ID # 18502007)
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5077/5210
(215) 963-5001 (fax)

*Attorneys for Defendants*
*Smiths Detection, Inc., Brian Bark, Christopher*
*Gane, Stephen Phipson, and Pennie Boyko*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SALLY WHITE,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**SMITHS DETECTION, INC., SMITHS GROUP, PLC, STEPHEN PHIPSON, PHILIP BOWMAN, CHRISTOPHER GANE, BRIAN BARK AND PENNY BOYKO,**<br><br>　　　　　**Defendants.** | Civil Action No. 2:10-CV-04078-SRC-MAS<br><br><br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for defendants Stephen Phipson and Pennie Boyko (collectively,

"Defendants")[1], to appear, answer, move, or otherwise respond to the Amended Complaint shall be extended to and including December 23, 2010.

Respectfully submitted,

Dated:  November 18, 2010

| LAW OFFICE OF ELLEN O'CONNELL, LLC<br><br>By:  s/ Ellen O'Connel<br>Ellen O'Connell<br>30 Columbia Turnpike, 3rd Floor<br>P.O. Box 132<br>Florham Park, NJ  07932<br>(973) 295-6800<br>*Attorney for Plaintiff* | MORGAN, LEWIS & BOCKIUS LLP<br><br>By:  s/ Sarah E. Bouchard<br>Sarah E. Bouchard<br>W. John Lee<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>(215) 963-5077/5210<br>*Attorneys for Defendants*<br>*Smiths Detection, Inc., Brian Bark, Christopher Gane, Stephen Phipson, and Pennie Boyko*<br><br>DEBEVOISE & PLIMPTON LLP<br><br>By:  s/ Michael Potenza<br>Jyotin Hamid<br>Michael Potenza<br>Emily J. Mathieu<br>919 Third Avenue<br>New York, NY  10022<br>(212) 909-6000<br>*Attorneys for Defendants*<br>*Smiths Group plc and Philip Bowman* |

SO ORDERED this _____ day of _____, 2010:

_____
Hon. MICHAEL A. SHIPP, U.S.M.J.

---

[1]  Mr. Phipson and Ms. Boyko do not waive, but rather expressly reserve, their right to raise any defense available under Rule 12(b), by virtue of this stipulation.