**DEBEVOISE & PLIMPTON LLP**
Jyotin Hamid (JH4651)
Michael Potenza (MP2969)
Emily J. Mathieu (EM1844)
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendants Smiths Group plc and Philip Bowman*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
SALLY WHITE,

    Plaintiff,

v.

SMITHS DETECTION, INC.,
SMITHS GROUP, PLC, STEPHEN PHIPSON,
PHILIP BOWMAN, CHRISTOPHER GANE,
BRIAN BARK and PENNY BOYKO,

    Defendants.
------------------------------------------------------------x

No. 2:10-cv-04078-SRC-MAS

ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants Smiths Detection, Inc., Smiths Group plc, Philip Bowman, Brian Bark and Christopher Gane to appear, answer,

move, or otherwise respond to the Verified First Amended Complaint and Jury Demand shall be extended to and including December 23, 2010.

Respectfully submitted,

Dated:  November 16, 2010

s/ Ellen O'Connell
Ellen O'Connell, Esquire (EO0456)
LAW OFFICES OF ELLEN O'CONNELL, LLC
P.O. Box 132
Florham Park, NJ 07932
(973) 295-6800
*Attorney for Plaintiff*

s/ Sarah E. Bouchard
Sarah E. Bouchard (NJ ID # 02807-1995)
W. John Lee (NJ ID # 18502007)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5077/5210
(215) 963-5001 (fax)
*Attorneys for Defendants Smiths Detection, Inc., Brian Bark, and Christopher Gane*

s/ Michael Potenza
Jyotin Hamid (JH4651)
Michael Potenza (MP2969)
Emily J. Mathieu (EM1844)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
*Attorneys for Defendants Smiths Group, PLC and Philip Bowman*

SO ORDERED this 18th day of November, 2010:

_____
Hon. MICHAEL A. SHIPP, U.S.M.J.

2

23310902v3