Law Office of Ellen O'Connell, L.L.C
30 Columbia Turnpike, 3rd Floor
P. O. Box 132
Florham Park, NJ  07932-0132
(973) 295-6800
Ellen O'Connell, Esq. (EO0456)
Attorneys for the Plaintiff, Sally White

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
SALLY WHITE,

        Plaintiff,

v.

SMITHS DETECTION, INC.,
SMITHS GROUP, PLC, STEPHEN PHIPSON,
PHILIP BOWMAN, CHRISTOPHER GANE,
BRIAN BARK and PENNY BOYKO,

        Defendants.
---------------------------------------------------------------x

No. 2:10-cv-04078-SRC-MAS

ECF Case

**STIPULATION ADJOURNING DEFENDANTS' MOTIONS TO DISMISS**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that, at the Plaintiff's request, the return date of the Defendants' Smiths Detection, Inc., Smiths Group plc, Stephen Phipson, Philip Bowman, Christopher Gane, Brian Bark and Penny Boyko's Motions to Dismiss the Complaint has been adjourned from January 18, 2011 to February 7, 2011, and the time for to the Plaintiff to respond to the Motions shall be extended to and including January 24, 2011.

Respectfully submitted,

Dated:  December 30, 2010

| | |
|---|---|
| s/ Ellen O'Connell_____ | s/Sarah E. Bouchard_____ |
| Ellen O'Connell (EO0456) | Sarah E. Bouchard (NJ ID # 02807-1995) |
| LAW OFFICES OF ELLEN O'CONNELL, L.L.C. | W. John Lee (NJ ID # 18502007) |
| 30 Columbia Turnpike, 3rd Floor | MORGAN, LEWIS & BOCKIUS LLP |
| P.O. Box 132 | 1701 Market Street |
| Florham Park, NJ 07932 | Philadelphia, PA  19103-2921 |
| (973) 295-6800 | (215) 963-5077/5210 |
| Attorney for Plaintiff | (215) 963-5001 (fax) |
| | Attorneys for Defendants Smiths Detection, Inc., Brian Bark, and Christopher Gane |

s/Jyotin Hamid_____
Michael Potenza
Jyotin Hamid
Emily J. Mathieu
DEBEVOISE AND PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Attorneys for Defendants Smiths Group, PLC
and Philip Bowman