

Law Office of Ellen O'Connell, L.L.C
30 Columbia Turnpike, 3rd Floor
P. O. Box 132
Florham Park, NJ  07932-0132
(973) 295-6800
Ellen O'Connell, Esq. (EO0456)
Attorneys for the Plaintiff, Sally White

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

```
------------------------------------------------------------x
SALLY WHITE,                                :
                                            :   No. 2:10-cv-04078-SRC-MAS
              Plaintiff,                     :
                                            :
v.                                          :
                                            :   ECF Case
SMITHS DETECTION, INC.,                     :
SMITHS GROUP, PLC, STEPHEN PHIPSON,         :
PHILIP BOWMAN, CHRISTOPHER GANE,            :
BRIAN BARK and PENNY BOYKO,                 :   STIPULATION ADJOURNING
                                            :   DEFENDANTS' MOTIONS
              Defendants.                    :   TO DISMISS
                                            :
------------------------------------------------------------x
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel, that, at the Plaintiff's request, the return date of the Defendants' Smiths Detection, Inc.,

Smiths Group plc, Stephen Phipson, Philip Bowman, Christopher Gane, Brian Bark and Penny

Boyko's Motions to Dismiss the Complaint has been adjourned from January 18, 2011 to

February 7, 2011, and the time for to the Plaintiff to respond to the Motions shall be extended to

and including January 24, 2011.

Respectfully submitted,

Dated:  December 30, 2010

s/ Ellen O'Connell
Ellen O'Connell (EO0456)
LAW OFFICES OF ELLEN O'CONNELL, L.L.C.
30 Columbia Turnpike, 3rd Floor
P.O. Box 132
Florham Park, NJ 07932
(973) 295-6800
Attorney for Plaintiff

s/Sarah E. Bouchard
Sarah E. Bouchard (NJ ID # 02807-1995)
W. John Lee (NJ ID # 18502007)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5077/5210
(215) 963-5001 (fax)
Attorneys for Defendants Smiths Detection,
Inc., Brian Bark, and Christopher Gane


s/Jyotin Hamid
Michael Potenza
Jyotin Hamid
Emily J. Mathieu
DEBEVOISE AND PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Attorneys for Defendants Smiths Group, PLC
and Philip Bowman

2