UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**                                            **March 14, 2010**
**Judge Chesler**

**COURT REPORTER: KASHMER**                   **Docket  10-4078**

<u>**TITLE OF CASE**</u>

WHITE

v.

SMITHS DETECTION, INC., et al


<u>**APPEARANCE:**</u>

Ellen O'Connell, Esq.,

Sarah E. Bouchard, Esq., Wonho John Lee, Esq., Michael R. Potenza, Esq., Joe Hamid, Esq., and Emily Matthew for defendants


<u>**NATURE OF PROCEEDINGS:**</u>

Hearing on 41 MOTION to Dismiss *the First Amended Complaint with Prejudice*, 44 MOTION to Dismiss *Partially the Amended Complaint*, 39 MOTION to Dismiss *the First Amended Complaint with Prejudice*.

DECISION RESERVED 41, 44 AND 39.  Ordered additional submissions to be filed.


11:20 A.M. to 12:11 A.M.
Total Time: 50 minutes

**s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist**
