UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO.:<br>2:10-cv-04078-SRC-MAS |

**NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER
DATED APRIL 18, 2011 UNDER LOCAL R. 7.1
RETURNABLE JUNE 6, 2011**

Of Counsel and On the Brief
Ellen O'Connell EO0456

　　　　　　　　　　　　　　　　　　　　Law Office of Ellen O'Connell, L.L.C.
　　　　　　　　　　　　　　　　　　　　30 Columbia Turnpike, 3rd Floor
　　　　　　　　　　　　　　　　　　　　P. O. Box 132
　　　　　　　　　　　　　　　　　　　　Florham Park, New Jersey 07932
　　　　　　　　　　　　　　　　　　　　(973) 295-6800
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff.

TO:

Sarah Bouchard, Esq.　　　　　　　　　Michael Potenza, Esq.
Morgan Lewis &　　　　　　　　　　　　Debevoise & Plimpton LLP
Bockius, LLP　　　　　　　　　　　　　919 Third Avenue
1701 Market St.　　　　　　　　　　　　New York  NY  10022
Philadelphia, PA  19103

PLEASE TAKE NOTICE that on Monday, June 6, 2011 at 9:00 A.M. or as soon thereafter as counsel may be heard, the undersigned attorneys for the Plaintiff, Sally White, will make application to the Hon. Stanley R. Chesler, for an Order as follows:

 A. For reconsideration of the court's Order of April 18, 2011 under Local R. 7.1; and,

 B. For leave amend the Plaintiff's First Amended Complaint to add allegations set forth in pages 2-3 of the accompanying Brief.

PLEASE TAKE FURTHER NOTICE that the Plaintiff will rely on the accompanying Brief in Support of the Motion under Local R. 7.1.

    Respectfully submitted

    LAW OFFICE OF ELLEN O'CONNELL, L.L.
    30 Columbia Turnpike, P. O. Box 132
    Florham Park, NJ  07932
    (973) 295-6800

     s/Ellen O'Connell
   By: _____
    Ellen O'Connell, Esq. (EO0456)

Dated:  May 2, 2011

## CERTIFICATION OF SERVICE

Ellen O'Connell, hereby certifies as follows:

I am an attorney at law of the State of New Jersey and the Principal Member of the Law Office of Ellen O'Connell, L.L.C., counsel to the Plaintiff, Sally White.

I certify that I filed electronically true versions of (1) the Plaintiff's Notice of Motion for Reconsideration under Local R. 7.1, and (2) the Plaintiff's Brief in Support of the Motion this day, May 2, 2011, and that copies are available for viewing and downloading from the U.S. District Court's ECF System, and was served this day on May 2, 2011, on the following counsel of record for the Defendants:

>Sarah Bouchard, Esq.
>Morgan Lewis & Bockius, LLP
>1701 Market St.
>Philadelphia, PA  19103

>Michael Potenza, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York  NY  10022

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                            _____s/Ellen O'Connell_____
                                            Ellen O'Connell (EO0456)