UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SMITHS DETECTION, INC., et al., : <br> : <br> Defendants. : <br> . : <br> : | Civil Action No. 10–4078 (SRC) <br><br> ORDER |

**CHESLER**, District Judge

  This matter comes before the Court upon the motions to dismiss the First Amended Complaint ("FAC" or "Complaint") [docket entry no. 34] filed by Defendant Smiths Group, plc ("Smiths Group") [docket entry no. 39], Defendant Philip Bowman [docket entry no. 41], and Defendants Smiths Detection, Inc. ("Smiths Detection") Brian Bark, Penny Boyko, Christopher Gane, and Stephen Phipson [docket entry no. 44]; and opposition to the motions having been filed; and the Court having requested, and the parties submitted, supplemental briefing; and the Court having heard oral argument on the motions on March 14, 2011; and the Court having considered the parties' briefing and arguments; and for the reasons expressed in the Opinion filed herewith, and for good cause shown,

  **IT IS** on this 15th day of April, 2011,

  **ORDERED** that Defendant Smiths Group plc's motion to dismiss [docket entry no. 39]

be and hereby is **GRANTED**; and it is further

    **ORDERED** that Defendant Philip Bowman's motion to dismiss [docket entry no. 41] be and hereby is **GRANTED**; and it is further

    **ORDERED** that Defendants Smiths Detection, Brian Bark, Penny Boyko, Christopher Gane, and Stephen Phipson's motion to dismiss [docket entry no. 44] be and hereby is **GRANTED IN PART AND DENIED IN PART**; and it is further

    **ORDERED** that the motion to dismiss [docket entry no. 44] as to Smiths Detection be and hereby is **GRANTED**; and it is further

    **ORDERED** that as to Defendants Brian Bark, Penny Boyko, Christopher Gane and Stephen Phipson, the motion to dismiss [docket entry no. 44] be and hereby is **GRANTED** with regard to individual liability based on Counts V-IX; and it is further

    **ORDERED** that insofar as Defendants Brian Bark, Penny Boyko, Christopher Gane and Stephen Phipson seek to have all claims against them dismissed, the motion to dismiss [docket entry no. 44] be and hereby is **DENIED** because Count IV of the Complaint (unequal compensation) remains viable.

                                                                            s/Stanley R. Chesler  
                                                                            STANLEY R. CHESLER  
                                                                            United States District Judge