**ELLEN O'CONNELL**
ATTORNEY AT LAW

LAW OFFICE OF ELLEN O'CONNELL, LLC
P.O. BOX 132
30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932-0132
PHONE (973) 295-6800
FAX (973) 295-6799
_____
EOC@ELLENOCONNELLESQ.COM

May 11, 2011

Hon. Stanley R. Chesler
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re: White v. Smiths Group, plc, et al.
         <u>Docket No. 2:10-cv-04078-SRC-MAS</u>
         Motion for Reconsideration, returnable June 6, 2011

Dear Judge Chesler:

     This firm represents the Plaintiff who on May 2, 2011, filed a Notice of Motion for reconsideration of Your Honor's April 18, 2011 order granting in part the Defendants' R. 12(b)(6) motions. She also seeks leave to amend the pleading to add facts that the court's opinion indicated are necessary to her causes of action.

     Since the filing of the Plaintiff's motion, the facts in the First Amended Complaint have changed. Plaintiff requests leave to amend her pleading to include these developments. On May 3, 2011, the Defendant Smiths Detection announced that Stephen Phipson, who had been President of Smiths Detection, has stepped down and left the company. The Defendant Philip Bowman (whom the court dismissed for lack of personal jurisdiction) has assumed the duties of President of Smiths Detection effective immediately. Plaintiff respectfully asks leave to allege these facts in her amended pleading.

                Respectfully submitted,
                LAW OFFICE OF ELLEN O'CONNELL, L.L.C.

                By: _____s/Ellen O'Connell_____
                           Ellen O'Connell

cc: Sarah Bouchard, Esq.
    Jyotin Hamid, Esq.