# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

**Jyotin Hamid**
Partner
Tel 212 909 1031
Fax 212 909 6836
jhamid@debevoise.com

June 1, 2011

Hon. Stanley R. Chesler
United States District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

<u>White v. Smiths Detection, Inc., et al.</u>
No. 2:10-cv-04078-SRC-MAS

Dear Judge Chesler:

    We represent Defendant Smiths Group plc in the above-referenced matter. On behalf of all Defendants, we write concerning the Reply Brief filed by Plaintiff on May 31, 2011 in further support of her Motion for Reconsideration of the Court's Order Dated April 18, 2011.

    The Reply Brief was filed in violation of the rules of this Court. Specifically, Local Rule 7.1(d)(3) provides that "[n]o reply papers shall be filed on a motion for reconsideration pursuant to L.Civ.R. 7.1(i) or on a cross-motion, unless the Court otherwise orders." No Court order authorized this filing. Accordingly, we respectfully request that the Court disregard the Reply Brief in its entirety.

Very truly yours,

Jyotin Hamid

cc:   Ellen O'Connell, Esq. (by e-mail)
      Sarah E. Bouchard (by e-mail)