UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 10–4078 (SRC) |
| v. : | |
| : | ORDER |
| SMITHS DETECTION, INC., et al., : | |
| : | |
| Defendants. : | |
| . : | |
| : | |

**CHESLER**, District Judge

This matter comes before the Court upon Plaintiff Sally White's motion for reconsideration [docket entry no. 69] of the Court's order dated April 18, 2011[docket entry no. 65]; and opposition to the motion having been filed; and the Court having decided to adjudicate this motion on the papers submitted pursuant to Federal Rule of Civil Procedure 78; and the Court having considered the submissions of the parties; and for the reasons expressed in the Opinion filed herewith, and for good cause shown,

**IT IS** on this 6th day of June, 2011,

**ORDERED** that Plaintiff Sally White's motion for reconsideration [docket entry no. 69] be and hereby is **DENIED**; and it is further

**ORDERED** that Plaintiff's request to amend her complaint be and hereby is **DENIED**.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge