# ELLEN O'CONNELL

LAW OFFICE OF ELLEN O'CONNELL, LLC
LABOR AND EMPLOYMENT LAW
P.O. Box 132
30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932-0132

TEL (973) 295-6800
eoc@ellenoconnellesq.com

September 23, 2011

FAX (973) 295-6799
oconnell-lawyer.com

<u>Via Fax and USPS</u>
Hon. Michael A. Shipp
United States District Court
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07101

Re:   White v. Smiths Detection, Inc.
      <u>Docket No. 2:10-cv-04078-SRC/MAS</u>

Dear Judge Shipp:

This firm represents the Plaintiff, Sally White, in the above-captioned matter. Pursuant to Your Honor's Scheduling Order, the parties are to exchange interrogatories and document demands not later than September 30, 2011, and provide answers by October 31, 2011.

I have a vacation scheduled starting tomorrow and I regret that the press of other matters prevented me from completing the discovery. My adversaries have graciously consented to my request to extend the date for exchanging and answering this discovery by one week.

I respectfully request, with the adversaries' consent, that the Scheduling Order be modified by changing the date for delivery of discovery to from September 30, 2011 to October 7, 2011 and the date for responses from October 31, 2011 to November 7, 2011. Thank you for your consideration.

Respectfully submitted,
LAW OFFICE OF ELLEN O'CONNELL, L.L.C.

By: _____
    Ellen O'Connell

cc: Sarah Bouchard, Esq. (via fax only)
    Jyotin Hamid, Esq. (via fax only)
    John Lee, Esq. (via fax only)

So Ordered this __26th__ day of __September__, 20__11__

s/Michael A. Shipp