Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**W. John Lee**
215.963.5210
JLee@MorganLewis.com
eFax: 877.432.9652

February 22, 2012

**VIA ECJ AND FACSIMILE**

The Honorable Michael A. Shipp
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Sally White v. Smiths Detection, Inc. et al*, No. 2:10-cv-04078-SRC-MAS

Dear Judge Shipp:

We write on behalf of all parties to request a modification of the Scheduling Order dated September 8, 2011 (Docket No. 84) so that the parties can engage in further discovery and conduct a settlement conference before the Court. The parties have been diligent with discovery, but there have been numerous disputes as to the scope of discovery and with respect to scheduling such that the parties need more time to complete fact discovery. Accordingly, the parties propose the following modifications to the Scheduling Order:

- There shall be an in-person status/settlement conference on March 30, 2011 beginning at 10:00 am at the U.S. Courthouse in Newark, New Jersey. By March 23, 2011, each party is to deliver directly to Chambers a confidential letter, not to exceed five (5) pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.

- Fact discovery, including depositions of fact witnesses, shall remain open through June 4, 2012.

- Affirmative expert reports are due by July 5, 2012; responsive expert reports are due by August 6, 2012, and expert depositions are to be held by September 5, 2012.

- Dispositive motions shall be filed by October 19, 2012; opposition papers shall be filed by November 16, 2012; and reply papers shall be filed by November 30, 2012.

**Morgan Lewis**
COUNSELORS AT LAW

The Honorable Michael A. Shipp
February 22, 2012
Page 2

- Final pretrial conference shall be held in January 2013, with the corresponding deadlines set forth in paragraphs 20-23 of the Scheduling Order to be modified accordingly.

On behalf of all the parties, we respectfully request the Court's approval of the above modifications to the Scheduling Order.

Respectfully Submitted,

*/s/ W. John Lee*

W. John Lee

c:  Ellen O'Connell, Esquire (via e-mail only)
    Jyotin Hamid, Esquire (via e-mail only)


SO ORDERED this _____ day of _____ 2012


_____
Hon. Michael A. Shipp, U.S.M.J.