UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| White,<br><br>    Plaintiff,<br><br>    v.<br><br>Smiths Detection, Inc., et al.,<br><br>    Defendants. | Civil Action No. 10-4078 (SRC)(MAS)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on May 4, 2012, and for good cause shown:

IT IS on this **4th** day of **May, 2012,**

**ORDERED THAT:**

1. **Motion to Amend the Complaint**: Any Motion to Amend the Complaint shall be filed according to the following briefing schedule:
   a. Moving papers shall be filed by **May 18, 2012**;
   b. Any and all opposition papers shall be filed by **June 8, 2012**; and
   c. Any and all reply papers shall be filed by **June 15, 2012.**

2. There shall be a telephone status conference on **June 29, 2012** at **11:30 a.m.** Counsel for Plaintiff shall initiate the call to (973) 645-3827.

3. **FAILURE TO FOLLOW THIS ORDER MAY RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

_____
**Honorable Michael A. Shipp**
**UNITED STATES MAGISTRATE JUDGE**