## CERTIFICATE OF SERVICE

I, W. John Lee, hereby certify that a true and correct copy of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint was filed electronically and is available for viewing and downloading from the ECF system and was served this 8th day of June, 2012 by electronic mail, upon the following:

>Ellen O'Connell, Esquire
>LAW OFFICES OF ELLEN O'CONNELL, LLC
>P.O. Box 132
>Florham Park, NJ 07932
>(973) 295-6800
>*Attorney for Plaintiff*
>
>*s/ W. John Lee*
>W. John Lee