**ELLEN O'CONNELL**
ATTORNEY AT LAW

LAW OFFICE OF ELLEN O'CONNELL, LLC
P.O. BOX 132
30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ  07932-0132
P (973) 295-6800
F (973) 295-6799
_____

EOC@ELLENOCONNELLESQ.COM

June 14, 2012

Hon. Michael A. Shipp
United States District Court
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ  07101

     Re:    White v. Smiths Detection, Inc.
             <u>Docket No. 2:10-cv-04078-SRC/MAS</u>

Dear Judge Shipp:

     This firm represents the Plaintiff, Sally White, in the above-captioned matter.  The Plaintiff's Motion for Leave to file an Amended Complaint is pending before the court.  Pursuant to Your Honor's Amended Scheduling Order, the Plaintiff's Reply Brief is due for filing tomorrow, Friday, June 15, 2012.

     I respectfully request leave of court to file the Reply Brief on Monday, June 18, 2012. The demands of other matters for which I am responsible, including a trial next week, have delayed the completion of the Brief.  My adversaries have consented to this request.  Thank you for your consideration,

                                    Very truly yours,
                                    LAW OFFICE OF ELLEN O'CONNELL, L.L.C.


                            By:  _____
                                     Ellen O'Connell

Via ECF
cc:  Jyotin Hamid, Esq.
     Sarah Bouchard, Esq.