United States District Court
for the District of New Jersey

_____

**SALLY WHITE**

        Plaintiff

        vs.

**SMITHS DETECTION, INC., et al.,**

        Defendant
_____

Civil No. 10-4078

Order of Reassignment

It is on this 1st day of August 2012,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Kevin McNulty.

                                S/Jerome B. Simandle
                                Jerome B. Simandle, Chief Judge
                                United States District Court