UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SALLY WHITE | : | |
| | : | Civ. No. 10-4078 (KM) |
| Plaintiff, | : | |
| | : | |
| -v- | : | |
| | : | |
| SMITHS DETECTION, INC., et al. | : | **ORDER TO SUBMIT** |
| | : | **JOINT STATUS REPORT** |
| Defendant(s). | : | |

It is on this 7th day of August 2012,

ORDERED that all parties shall jointly provide the Court with the following information, set forth in a single report not to exceed eight pages in length, within <u>fourteen days</u> from the entry of this Order:

1. Briefly describe the nature of the case, the relief requested by the parties, the substantive issues in the case, and the parties' positions on each issue;

2. Provide the date that fact discovery closes in this matter.

   a. If fact discovery is not complete, describe the remaining discovery to be completed and the proposed timeframe in which to complete the remaining discovery.

3. Provide the date that expert discovery closes in this matter.

   a. If expert discovery is not complete, the remaining discovery to be completed and the proposed timeframe in which to complete the remaining discovery.

4. State whether any motions are pending, including when the motion was filed, whether it is fully briefed, and the nature of the relief requested.

5. State whether (and when, if possible) a party intends to file any, or additional, dispositive motions, including a brief description of the grounds for such motion.

6. State whether a party or parties believe a settlement conference with the Court would be beneficial, and whether the parties are currently engaged in settlement negotiations.

**The parties are advised that this Order does not affect any discovery or other deadline set by the Court.**

s/ *Michael A. Hammer*
UNITED STATES MAGISTRATE JUDGE