Melvyn H. Bergstein, Esq.
WALDER HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, NJ  07068
(973) 992-5300
*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE,<br><br>              Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., SMITHS GROUP, PLC, STEPHEN PHIPSON, CHRISTOPHER GANE, BRIAN BARK and PENNY BOYKO,<br><br>              Defendants. | CIVIL ACTION NO.:<br>2:10-cv-04078-KMC-MAH<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Walder, Hayden & Brogan, P.A., hereby appears in this case as co-counsel for the Plaintiff, Sally White.

Dated:  September 5, 2012

                                          WALDER HAYDEN & BROGAN, P.A.

                                          By: _____
                                                Melvyn H. Bergstein, Esq.
                                                mhbergstein@whbesqs.com
                                                5 Becker Farm Road
                                                Roseland, NJ  07068
                                                (973) 992-5300
                                                *Attorneys for the Plaintiff*