## CERTIFICATE OF SERVICE

     I, W. John Lee, hereby certify that a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Renewed Motion for Leave to File a Second Amended Complaint was served via e-mail on this 22nd day of October, 2012 upon the following:

        Ellen O'Connell, Esquire
        LAW OFFICES OF ELLEN O'CONNELL, LLC
        P.O. Box 132
        Florham Park, NJ 07932
        (973) 295-6800
        Attorney for Plaintiff

        Melvyn Bergstein, Esquire
        WALDER HAYDEN & BROGAN, P.A.
        5 Becker Farm Road
        Roseland, NJ 07068
        (973) 992-5300
        Attorney for Plaintiff

        s/ W. John Lee
        W. John Lee