# Ellen O'Connell

Law Office of Ellen O'Connell, L.L.C.
30 Columbia Turnpike
Florham Park, NJ  07932-0132
P (973) 295-6800
F (973) 295-6799
eoc@EllenOConnellEsq.com

November 5, 2012

Hon. Kevin McNulty
United States District Court
Martin Luther King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07101

      Re:    White v. Smiths Group PLC, et al.
                Civil Action No. 2:10-cv-04078-KMC-MAH

Dear Judge McNulty:

      Melvyn H. Bergstein, Esq. and this firm represent the Plaintiff in the above-captioned matter.  The Plaintiff's motion for leave to amend her complaint is pending before Your Honor.

      The Plaintiff's Reply Brief was due for filing on Monday, October 29, 2012, the day of Hurricane Sandy.  I was not able to file the Reply Brief because of effects of the Hurricane.  My home was damaged.  Both my office and home have been without power since October 29th.  There is still no heat, electricity, telephone or Internet service in my home.  Power was restored to the office last night but it is unclear whether there is Internet access.  I am writing from out of state.

      I respectfully request leave to file the Reply Brief not later than Monday, November 12, 2012.   I will be grateful for the extension.

                                  LAW OFFICE OF ELLEN O'CONNELL, LLC

                                  s/Ellen O'Connell
                        By: _____
                                  Ellen O'Connell

cc:    Sarah Bouchard, Esq. (via ECF)
         Jyotin Hamid, Esq. (via ECF)
         Melvin H. Bergstein, Esq. (via ECF)