# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
                                        :
SALLY WHITE,                            :
                                        :
            Plaintiff,                  :        Civil Action No. 10-4078 (KM)
                                        :
    v.                                  :
                                        :
SMITHS DETECTION, INC., ET AL.,         :        ORDER
                                        :
            Defendants.                 :
_____       :

This matter having come before the Court by way of plaintiff's motion for leave to file a second amended complaint, see Mot. for Leave, Oct. 5, 2012, ECF No. 135;

and the Court not hearing oral argument on this matter pursuant to Federal Rule of Civil Procedure 78;

and the Court having considered the submissions, the record, and the applicable law;

and for the reasons set forth in the Opinion dated April 29, 2013;

IT IS ON THIS 29th day of April, 2013

ORDERED that plaintiff's motion for leave is **granted** as it relates to Counts 1, 2, and 3; and it is further

ORDERED that plaintiff's motion for leave is **denied with prejudice** as it relates to Counts 4, 5, 6, and 7; and it is further

ORDERED that the materials presently under seal [ECF Nos. 111–112, 136–137] shall remain under seal pending the Court's review of plaintiff's forthcoming motion to seal those documents; and it is further

ORDERED that, by **May 17, 2013**, plaintiff shall file a motion to seal those documents in

compliance with the protocol set forth in Local Civil Rule 5.3(c)(2) and described in detail in the

Court's August 28, 2012 Order [ECF No. 129 at 7]; and it is further

ORDERED that nothing herein constitutes a ruling as to whether or not the material

identified warrants sealing.


s/ *Michael A. Hammer*
United States Magistrate Judge