WALDER HAYDEN & BROGAN, P.A.
Melvyn H. Bergstein (MB6405)
5 Becker Farm Road
Roseland, NJ 07068
(973) 992-5300


LAW OFFICE OF ELLEN O'CONNELL, L.L.C.
Ellen O'Connell (EO0456)
30 Columbia Turnpike, P. O. Box 132
Florham Park, NJ  07932-0132
(973) 295-6800


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALLY WHITE,<br><br>                    Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., et al.,<br><br>                    Defendants. | CIVIL ACTION NO.:<br>2:10-cv-04078-KM-MAH<br><br>NOTICE OF MOTION |

TO:

Sarah Bouchard, Esq.          Michael Potenza, Esq.
Morgan Lewis                  Debevoise & Plimpton LLP
1701 Market St.               919 Third Avenue
Philadelphia, PA  19103       New York, NY  10022

PLEASE TAKE NOTICE that on Monday, June 3, 2013 at 9:00 A.M. or as

soon thereafter as counsel may be heard, the undersigned attorneys for the

Plaintiff, Sally White, will make application to the Hon. Michael A. Hammer, for an Order as follows:

    A.    Sealing and otherwise restricting public access to materials filed with the Court or utilized in connection with judicial decision-making, pursuant to Local Civil Rule 5.3(c).

    PLEASE TAKE FURTHER NOTICE that the Plaintiff will rely on the accompanying Certification of Ellen O'Connell, Esq., and the accompanying Letter- Brief in Support of the Motion.

                                    Respectfully submitted,

                                    WALDER HAYDEN & BROGAN, P.A.
                                    5 Becker Farm Road
                                    Roseland, NJ 07068
                                    (973) 992-5300

                                    By:  _____s/Melvyn H. Bergstein_____
                                          Melvyn H. Bergstein (MB6405)

                                  LAW OFFICE OF ELLEN O'CONNELL, L.L.C.
                                  30 Columbia Turnpike, P. O. Box 132
                                  Florham Park, NJ  07932-0132
                                  (973) 295-6800

                                  By:  _____s/Ellen O'Connell_____
Dated:  May 10, 2013                      Ellen O'Connell, Esq. (EO0456)

2

CERTIFICATION OF SERVICE

Ellen O'Connell hereby certifies as follows:

I am an attorney at law of the State of New Jersey and the Principal Member of the Law Office of Ellen O'Connell, L.L.C., counsel to the Plaintiff, Sally White.

I certify that I filed electronically true versions of (1) the Plaintiff's Notice of Motion for Seal or otherwise restrict access to materials or judicial proceedings under Local Civil Rule 5.3(c)(2), (2) the Certification of Ellen O'Connell and (3) the Plaintiff's Letter-Brief in Support of the Motion this day, Friday, May 10, 2013; that copies are available for viewing and downloading from the U.S. District Court's ECF System, and true copies were also served this day on the following counsel of record for the Defendants:

Sarah Bouchard, Esq.
Morgan Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA  19103

Michael Potenza, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____s/Ellen O'Connell__
Ellen O'Connell (EO0456)

Dated:  May 10, 2013

3